**No. 09-9352. Antonio Vasquez-Hernandez, Petitioner v. United States.**

559 U.S. 1045, 130 S. Ct. 2082, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2787.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9355. Roderick Brown, Petitioner v. United States.**

559 U.S. 1045, 130 S. Ct. 2082, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2757.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 346 Fed. Appx. 481.

**No. 09-9356. James Albert Bronnenberg, Petitioner v. United States.**

559 U.S. 1045, 130 S. Ct. 2083, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2774.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 353 Fed. Appx. 939.

**No. 09-894. Matthew Cate, Secretary, California Department of Corrections and Rehabilitation, Petitioner v. Mohammed Haroon Ali.**

559 U.S. 1045, 130 S. Ct. 2065, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2888.

March 29, 2010. Motion of respondent for leave to proceed in forma pauperis

granted. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 584 F.3d 1174.

**No. 09-725. Thomas M. Beaver, et al., Petitioners v. Patricia Dannemann.**

559 U.S. 1045, 130 S. Ct. 2061, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2769.

March 29, 2010. Motion of Florida Defense Lawyers Association for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 14 So. 3d 246.

**No. 09-876. Isidoro Rodriguez, Petitioner v. United States Court of Appeals for the Second Circuit.**

559 U.S. 1045, 130 S. Ct. 2084, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2870.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

**No. 09-915. Leonel Lemus-Lemus, Petitioner v. Eric H. Holder, Jr., Attorney General.**

559 U.S. 1045, 130 S. Ct. 2070, 176 L. Ed. 2d 429, 2010 U.S. LEXIS 2820.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 343 Fed. Appx. 643.